## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 3:08CR160 |
| Plaintiff, | : | JUDGE WALTER HERBERT RICE |
| v. | : | |
| MILTON THOMAS BORDERS, | : | |
| Defendant. | : | |

## ORDER FOR DESTRUCTION OF EVIDENCE

Good cause having been shown, it is hereby **ORDERED** that the Motion For Destruction

of Evidence filed on August 29, 2012, is granted, and the following evidence shall be destroyed:

- Two (2) DVDs titled #12a-"Little Lolita Sex" and #16 "9 Years Old Raped"

Dated: _9.4.12_                SO ORDERED:

_____
WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE